## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**   Peggy Kuo          **DATE :**   04/06/2016

DOCKET NUMBER:        16-256M         LOG # :  12:04 - 12:22

DEFENDANT'S NAME :     Osvaldo Vasquez
                     _X_ Present    ___ Not Present    _X_ Custody    ___ Bail

DEFENSE COUNSEL:   Christopher Neff for Avraham Moskowitz
                     ___ Federal Defender   _X_ CJA    ___ Retained

A.U.S.A   Jennifer Carapiet            DEPUTY CLERK :   M. Sica

INTERPRETER : Cornelia Plated (Language   Spanish )

___ Bail application   ___ Hearing held.  _____ Hearing adjourned to _____

✓ Defendant was released on $75,000.00 _____ PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

✓ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type____   Start_____   Stop_____

___ Order of Speedy Trial entered.   Code Type____   Start_____   Stop_____

___ Defendant's first appearance.   ___ Defendant arraigned on the Indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____@_____ before Judge _____

OTHERS : Defense - Don't Consent to a bond in the amount of $75,000. with conditions. preliminary hearing waived.