SD:JSC
F. #2014R01671/OCDETF #NY-NYE-768

FILED
CLERK

2016 MAY 25 AM 9: 49

U.S.
E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– –– – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

- against -

OSVALDO MARIA VASQUEZ,
also known as "Victor,"

Defendant.

– – – – – – – – – – – – – – –X

**INDICTMENT**

**CR16 0280**

Cr. No. _____

(T. 21, U.S.C., §§ 841(a),
841(b)(1)(A)(ii)(II), 841(b)(1)(B)(ii)(II),
841(b)(1)(C), 846, 853(a) and 853(p); T. 18,
U.S.C., §§ 2 and 3551 et seq.)

COGAN, J.

REYES, M.J.

THE GRAND JURY CHARGES:

COUNT ONE
(Conspiracy to Distribute Cocaine)

1.    In or about and between June 2014 and April 2015, both dates being

approximate and inclusive, within the Eastern District of New York and elsewhere, the

defendant OSVALDO MARIA VASQUEZ, also known as "Victor," together with others, did

knowingly and intentionally conspire to distribute and possess with intent to distribute a

controlled substance, which offense involved five kilograms or more of a substance containing

cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Section

841(a)(1). The amount of cocaine involved in the conspiracy attributable to the defendant as

1

a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, was at least five kilograms or more of a substance containing cocaine.

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii)(II); Title 18, United States Code, Section 3551 et seq.)

## COUNT TWO
(Possession of Cocaine with Intent to Distribute)

2.     On or about August 19, 2014, within the Eastern District of New York, the defendant OSVALDO MARIA VASQUEZ, also known as "Victor," together with others, did knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved 500 grams or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II); Title 18, United States Code, Sections 2 and 3551 et seq.)

## COUNT THREE
(Conspiracy to Distribute and Possess with Intent to Distribute ADB-Fubinaca)

3.     On or about and between January 15, 2016 and March 29, 2016, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant OSVALDO MARIA VASQUEZ, also known as "Victor," together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing

$N$-(1-amino-3,3-dimethyl-1-oxobutan-2-yl)-1-(4-fluorobenzyl)-1$H$-indazole-3-carboxamide

2

("ADB-Fubinaca"), a Schedule I controlled substance, contrary to Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(C); Title 18, United States Code, Section 3551 et seq.)

## COUNT FOUR
(Possession of ADB-Fubinaca with Intent to Distribute)

4.     On or about March 29, 2016, within the Eastern District of New York, the defendant OSVALDO MARIA VASQUEZ, also known as "Victor," together with others, did knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved a substance containing ADB-Fubinaca, a Schedule I controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 2 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION
## AS TO COUNTS ONE THROUGH FOUR

5.     The United States hereby gives notice to the defendant that, upon his conviction of any of the offenses charged in Counts One through Four, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853(a), which requires any person convicted of such offenses to forfeit any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such offenses.

3

6.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

      (a)   cannot be located upon the exercise of due diligence;

      (b)   has been transferred or sold to, or deposited with, a third party;

      (c)   has been placed beyond the jurisdiction of the court;

      (d)   has been substantially diminished in value; or

      (e)   has been commingled with other property which cannot be divided

without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a) and 853(p))

A TRUE BILL

_____
FOREPERSON

_____
ROBERT L. CAPERS
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY:_____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

4

F. #2014R1671
FORM DBD-34
JUN 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK
CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

*OSVALDO MARIA VASQUEZ,*
*also known as "Victor,"*

Defendant.

## INDICTMENT

(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(A)(ii)(II), 841(b)(1)(B)(ii)(II),
841(b)(1)(C), 846, 853(a) and 853(p); T. 18, U.S.C., §§ 2
and 3551 *et seq.*)

*A true bill.*

_____
                                    *Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
                                          *Clerk*

*Bail, $* _____

*Jennifer S. Carapiet, Assistant U.S. Attorney (718) 254-6402*